# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **YATANA M. WALKER** | * | |
| | * | |
| Plaintiff | * | Civil Case No. RWT 08-3065 |
| | * | |
| v. | * | |
| | * | |
| **DONNA GAMBRELL, et al.** | * | |
| | * | |
| Defendants | * | |

## ORDER

Upon consideration of Defendants' Motion To Dismiss, Or For Summary Judgment [Paper No. 13] and Plaintiff's response thereto, for the reasons stated in the foregoing memorandum opinion, it is this 15th day of July, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion To Dismiss, Or For Summary Judgment [Paper No. 13] is **GRANTED**; and it is further

**ORDERED**, that the United States is substituted as a Defendant for Donna Gambrell as to the invasion of privacy claim; and it is further

**ORDERED**, that a judgment for costs shall be entered for Defendants; and it is further

**ORDERED**, that the clerk is directed to close the case.

                                                   /s/
                                               ROGER W. TITUS
                                               UNITED STATES DISTRICT JUDGE